**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re:  In–House Health Care Services, Inc.

**Debtor(s)**

Case No.: 13–70200

Chapter: 7

ENTERED
05/02/2014

### ORDER CLOSING CASE

The estate has been fully administered. Therefore, the Court orders:

1. Lisa J Nichols is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 5/2/14

RICHARD S. SCHMIDT
United States Bankruptcy Judge